EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**File Name:** Criminal.2016.720p.WEBRip.x264.AAC-ETRG
**File Hash:** SHA1: 92453EEE2E12CF8F793403C26005084D4BBA1563
**Film Title:** Criminal
**Plaintiff:** Criminal Productions, Inc.

| No | IP | Hit Date UTC | ISP | State | County |
|---|---|---|---|---|---|
| 1 | 24.120.53.91 | 2016-09-05 06:16:22 | Cox Com | Nevada | Clark County |
| 2 | 68.227.24.19 | 2016-09-07 02:57:46 | Cox Com | Nevada | Clark County |
| 3 | 24.120.53.66 | 2016-09-09 03:23:43 | Cox Com | Nevada | Clark County |
| 4 | 98.180.177.8 | 2016-09-11 16:43:27 | Cox Com | Nevada | Clark County |
| 5 | 72.193.132.79 | 2016-09-13 17:45:27 | Cox Com | Nevada | Clark County |
| 6 | 24.120.53.65 | 2016-09-15 13:57:13 | Cox Com | Nevada | Clark County |
| 7 | 70.189.156.96 | 2016-09-18 08:11:36 | Cox Com | Nevada | Clark County |
| 8 | 68.227.49.38 | 2016-09-21 09:15:46 | Cox Com | Nevada | Clark County |
| 9 | 24.253.29.226 | 2016-09-22 08:03:59 | Cox Com | Nevada | Clark County |
| 10 | 24.120.62.179 | 2016-10-03 00:38:20 | Cox Com | Nevada | Clark County |
| 11 | 24.234.180.234 | 2016-10-06 01:02:46 | Cox Com | Nevada | Clark County |