# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | Case No.: 2:16-cv-02691-JCM (GWF) |
| Plaintiff, | |
| vs. | **DEFAULT JUDGMENT** |
| GABRIELLA SALDIVAR, | |
| Defendant. | |

This matter comes before the Court upon motion made by CRIMINAL PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant GABRIELLA SALDIVAR for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendant GABRIELLA SALDIVAR to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 15].

Defendant GABRIELLA SALDIVAR willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

The conduct of Defendant GABRIELLA SALDIVAR was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

DEFAULT JUDGMENT
- 1 -

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant GABRIELLA SALDIVAR, in the amount of $1,500.00 pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant GABRIELLA SALDIVAR, fees and costs, including reasonable attorneys' fees, in the amount of $3,367.50 pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this 17th day of April, 2018, at Las Vegas, Nevada

By: _____
UNITED STATES DISTRICT JUDGE

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
Telephone No.: (702) 425-5100
Fax No.: (818) 763-2308

*Attorneys for Plaintiff*
CRIMINAL PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | Case No.: 2:16-cv-02691-JCM (GWF) |
| Plaintiff, | |
| vs. | |
| GABRIELLA SALDIVAR, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, the undersigned employee of **HAMRICK & EVANS**, hereby certify that I served the foregoing **[PROPOSED] DEFAULT JUDGMENT** upon GABRIELLA SALDIVAR, Defendant in the above-referenced case, by mailing a copy of the foregoing document to the following address via first class mail postage prepaid:

GABRIELLA SALDIVAR
3008 FERN CREST AVE
NORTH LAS VEGAS, NV 89031-0581

Dated April 12, 2018.

/s/ Heather Martindale
An Employee of Hamrick & Evans, LLP